**DISMISS; and Opinion Filed March 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-00715-CV
_____

## CHRISTOPHER P. ROBERTS, ET AL, Appellants
## V.
## KEVIN L. WEST, ET AL, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00056**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lewis

Appellants' brief in this case is overdue. By postcard dated July 5, 2013, we notified appellants the time for filing his brief had expired. We directed appellants to file both a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David Lewis/
_____
DAVID LEWIS
JUSTICE

130715F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER P. ROBERTS, INSURANCE LOSS CONTROL SERVICES OF AMERICA LLC, AND INSURANCE SAFETY CONSULTANTS LLC, Appellants

No. 05-13-00715-CV        V.

KEVIN L. WEST AND SAFETY AND ENVIRONMENTAL SOLUTIONS LLC, Appellees

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-00056.
Opinion delivered by Justice Lewis.
Justices Lang-Miers and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees KEVIN L. WEST AND SAFETY AND ENVIRONMENTAL SOLUTIONS LLC recover their costs of this appeal from appellants CHRISTOPHER P. ROBERTS, INSURANCE LOSS CONTROL SERVICES OF AMERICA LLC, AND INSURANCE SAFETY CONSULTANTS LLC.

Judgment entered this 25th day of March, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE